UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SEAN YOUSAF,<br><br>Plaintiff,<br><br>v.<br><br>THE CURATORS OF THE UNIVERSITY OF MISSOURI, et al.,<br><br>Defendants. | Case No. 4:18-cv-00321-DGK |

**PLAINTIFF'S VERIFIED MOTION FOR**
**EMERGENCY AND PRELIMINARY INJUNCTIVE RELIEF**

Plaintiff, **SEAN YOUSAF**, ("Plaintiff" and/or "Sean" as applicable), having contemporaneously filed herewith ***PLAINTIFF'S DESIGNATION OF EVIDENCE IN SUPPORT OF PLAINTIFF'S VERIFIED MOTION FOR EMERGENCY AND PRELIMINARY INJUNCTIVE RELIEF*** (ECF 9) (Sean's "Designation of Evidence") as well as ***PLAINTIFF'S BRIEF OF SUGGESTIONS IN SUPPORT OF PLAINTIFF'S VERIFIED MOTION FOR EMERGENCY AND PRELIMINARY INJUNCTIVE RELIEF*** (ECF 10) (Sean's "Brief of Suggestions"), pursuant to Federal Rule of Civil Procedure 65, moves for emergency and preliminary injunctive relief against Defendant **THE CURATORS OF THE UNIVERSITY OF MISSOURI d/b/a THE UNIVERSITY OF MISSOURI AT KANSAS CITY**, **THE UNIVERSITY OF MISSOURI AT KANSAS CITY**, and **THE UNIVERSITY OF MISSOURI AT KANSAS CITY SCHOOL OF DENTISTRY** (hereinafter, collectively, the "SOD") and, in support thereof, states as follows:

1. As described more particularly in Sean's Brief of Suggestions, Sean, a second-year student at the SOD, was illegally, unfairly and improperly denied his contractual and due

process rights under both Missouri and Federal Law, expelled by the SOD, and then denied readmission by the SOD, which, ironically, is the very institution charged with carrying out those rights at the academic level; and, in the process, Sean was branded by the SOD with a stigma not only unbefitting a doctoral student, but unbefitting a man; a stigma that, absent the injunctive relief of this Court, threatens to permanently and irreparably invalidate not only everything Sean has ever worked for in the past, but also everything Sean has ever worked for toward the future.

2. As described more particularly in Sean's Brief of Suggestions, based on the designated facts and applicable law, as set forth herein, Sean will continue to suffer irreparable harm if an injunction is not issued by this Court enabling him to continue as a student during the pendency of this litigation, Sean has high likelihood of success on the merits with regard to those claims relating to the injunctive relief being requested herein, Sean's interest in continuing as a student outweigh's the SOD's interest in keeping Sean from continuing as a student, and the public interest will not be disserved. Therefore, Sean is requesting, among other relief as detailed herein, that an injunction issue whereby Sean is able to continue at the SOD as student during the pendency of the litigation.

WHEREFORE, Plaintiff SEAN YOUSAF respectfully requests that the Court:

A. Issue an emergency and, ultimately, preliminary injunction, to be in effect during the course of this litigation, against the SOD requiring the SOD, and all persons in active concert therewith, to allow Sean to remain a dental student with the SOD, along with all rights, privileges and entitlements related thereto;

B. Set a cash bond at $500.00 as a condition to the issuance of the injunctive relief requested; or, alternatively, such other amount the Court deems reasonable; and,

C. For all other just and proper relief.

Date: June 14, 2018.                    Respectfully Submitted,

                                                  s/Jarrett Johnson_____
                                                  Jarrett Johnson Attorney at Law
                                                  215 West 18th Street--Suite 220
                                                  Kansas City, Missouri 64108
                                                  Telephone: 816-875-5754 (office: 24/7)
                                                  Mobile: 816-686-8723 (mobile: M-F, 8-6)
                                                  Facsimile: 816-527-9005 (fax)
                                                  E-mail: jj@kcmo.law

                                                  **DAVIS & SARBINOFF, LLC**, an Indiana
                                                  limited liability company,

                                                  s/ P. Adam Davis_____
                                                  P. Adam Davis, Esquire, P.C.
                                                  DAVIS & SARBINOFF, LLC
                                                  1 South Rangeline Road, Suite 400
                                                  Carmel, Indiana 46032
                                                  Telephone: (317)569-1200
                                                  Facsimile: (317)569-1293
                                                  E-mail: adavis@d-slaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing was filed electronically as of the date set forth above. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. For those parties which are not registered with the Court's electronic filing system, the undersigned hereby certifies that a copy of the foregoing has been served by depositing a copy of the same in the United States mail, first class, postage prepared.

Joel Poole

Date: June 14, 2018.

Respectfully Submitted,

s/Jarrett Johnson_____
Jarrett Johnson Attorney at Law
215 West 18th Street--Suite 220
Kansas City, Missouri 64108
Telephone: 816-875-5754 (office: 24/7)
Mobile: 816-686-8723 (mobile: M-F, 8-6)
Facsimile: 816-527-9005 (fax)
E-mail: jj@kcmo.law

**DAVIS & SARBINOFF, LLC**, an Indiana limited liability company,

s/ P. Adam Davis_____
P. Adam Davis, Esquire, P.C.
DAVIS & SARBINOFF, LLC
1 South Rangeline Road, Suite 400
Carmel, Indiana 46032
Telephone: (317)569-1200
Facsimile: (317)569-1293
E-mail: adavis@d-slaw.com